267 East Main Street
Newark, DE 19711
www.connollygallagher.com

CONNOLLY
GALLAGHER LLP

Josiah R. Wolcott
Dir Dial: (302) 888-6271
Email: jwolcott@connollygallagher.com

May 11, 2018

**By Electronic Filing**
Chief Judge Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26
Room 6124
Wilmington, DE 19801

      Re:    Gordon v. Gill, et al.
                  C.A. No. 11-1029-LPS

Dear Your Honor,

      The parties write in response to the Court's oral order dated May 7, 2018 to submit a joint status report on or before May 11, 2018. Since counsel for Plaintiff was appointed, the parties have had settlement discussions, but a settlement resolution does not appear likely. With this in mind, the parties currently are discussing Plaintiff's proposal to reopen discovery. Either the parties will submit a stipulation to that effect by May 25, 2018, or Plaintiff will submit a motion to reopen discovery by the same date.

                              Respectfully submitted,

                              */s/ Josiah R. Wolcott*

                              Josiah R. Wolcott (# 4796)

Cc:    Michael F. McTaggart, Esquire

